# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-653**
Effective Date of Registration: October 30, 2024
Registration Decision Date: January 24, 2025

## Title

    **Title of Work:** Bookend Sculpture

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** March 10, 2020
    **Nation of 1st Publication:** Poland

## Author

-     **Author:** Maciej Komenza
    **Author Created:** sculpture
    **Citizen of:** Poland

## Copyright Claimant

    **Copyright Claimant:** Maciej Komenza
    Mszana Górna 487, GÓRNA, 34-733, Poland

## Certification

    **Name:** Daniel Lachman
    **Date:** October 30, 2024